IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUELLA VAUGHN,

      Plaintiff,                                No. CIV 10-1463 MCE KJM PS

     vs.

CITIMORTGAGE INC., et al.,

      Defendants.                          <u>ORDER</u>

_____/

        Defendants' motions to dismiss and to strike came on regularly for hearing September 29, 2010. Plaintiff appeared in propria person. Natilee Riedman appeared for defendant CitiMortgage. Alexis Sears appeared for defendant Wells Fargo Home Mortgage. Upon review of the documents in support and opposition, upon hearing the arguments of plaintiff and counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Defense counsel have agreed as a courtesy to meet and confer with plaintiff regarding her concerns as to the proper posting and accounting of her payments, and the entity and address to which payments should be sent. To facilitate a discussion, plaintiff should provide to defendants any documentation she has regarding her payments and the modification of the loan.

/////

1

1       2. No later than October 8, 2010, the parties may, but are not required to, submit a stipulation regarding any claims in the complaint that have been mooted or that are voluntarily dismissed.

      3. The matter shall thereafter stand submitted.

DATED: October 1, 2010.

_____
U.S. MAGISTRATE JUDGE

006
vaughn-citimtg.oah